IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0350
 ((((((((((((((((

 In Re Gecu, Relator

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The Joint Motion for Abatement and Request for Expedited
Ruling, filed on December 2, 2011, is granted, and this case is ABATED to
allow the parties to proceed with settlement negotiations.
 2. This case is removed from the Court's active docket until
January 5, 2012, by which time the parties must file either a status report
or a motion to dismiss. The parties shall immediately notify this Court
about any changes in the status of the case.

 Done at the City of Austin, this 6th day of December, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk